IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NOS. PD-1304-12 through PD-1310-12





 AUSTIN McCLURE BOUNDS, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE THIRD COURT OF APPEALS


TRAVIS COUNTY


 



 Per curiam. Keasler and Hervey, JJ., dissent. 


ORDER


 The petition for discretionary review is struck because it violates Rule of Appellate
Procedure 68.4(i), because it does not contain a copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the Court of Criminal Appeals of Texas within thirty (30) days after the date of this order.


Filed: October 10, 2012.

Do Not Publish.